NUMBERS 13-03-142-CR, 13-03-143-CR and 13-03-144-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG


__________________________________________________________________


TONY RODRIGUEZ , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 28th District Court 

of Nueces County, Texas.

___________________________________________________________________


MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam




 Appellant, TONY RODRIGUEZ , attempted to perfect appeals from judgments entered by the 28th District Court of
Nueces County, Texas. Sentences in these causes were imposed on January 22, 2003 . No timely motions for new trial
were filed . The notices of appeal were due to be filed on February 21, 2003 , but were not filed until March 4, 2003 . 
Said notices of appeal are untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notices of appeal and motions
requesting an extension of time within such period. 

 The Court, having considered the documents on file and appellant's failure to timely perfect his appeals, is of the opinion
that the appeals should be dismissed for want of jurisdiction. The appeals are hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this

the 10th day of April, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas
pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).